

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00716-CV

John **MAGNESS**,
Appellant

v.

Sheppard **BAKER**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 32335
Honorable Robert Cadena, Judge Presiding

# O R D E R

On December 14, 2018, appellant filed a motion to supplement the clerk's record, seeking an order from this court directing the Val Verde District Clerk to locate and supplement the clerk's record with certain materials. Appellant is advised that "[i]f a relevant item has been omitted from the clerk's record, the trial court, the appellate court, _or any party_ may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item." TEX. R. APP. P. 34.5(c) (emphasis added). Accordingly, because appellant may request supplementation of the clerk's record without an order from this court and represents in his motion that he already has done so, appellant's motion is DENIED AS MOOT.

In addition, appellant is reminded that any motions filed in this court, except for motions for rehearing or for en banc reconsideration, must contain or be accompanied by a certificate of conference. _See_ TEX. R. APP. P. 10.1(a)(5).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court